IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERICH WILLIAM FLEMING, | ) | No. C 10-1159 LHK (PR) |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | |
| | ) | |
| EDWARD FLORES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a former state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging that Chief Edward Flores, Captain David Sepulvedo, and Sheriff Lawrance of the Santa Clara County Jail violated his constitutional rights. On August 25, 2010, the Court sent a notification to Plaintiff informing him that he did not file a completed non-prisoner in forma pauperis application, nor had he paid the required filing fee. The Court provided a copy of the non-prisoner in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from Plaintiff.

As Plaintiff has not filed a completed non-prisoner in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/1/2010

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Fleming159disifp.wpd